UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. WALLACE,<br><br>        Plaintiff,<br><br>   v.<br><br>,<br><br>        Defendant. | Case No.  14-mc-80268-JST<br><br>**ORDER DENYING LEAVE TO FILE COMPLAINT PER PRE-FILING REVIEW ORDER**<br><br>Re: ECF No. 1 |

On September 22, 2014, Plaintiff John W. Wallace filed a complaint with this Court.  ECF No. 1.  Any new complaint filed by Mr. Wallace is subject to pre-filing review per the order issued by Judge Smith in Wallace v. United States Government, Case No. 04-cv-01147 FMS (N.D. Cal. Aug. 18, 2004).  Judge Smith's pre-filing review order followed Mr. Wallace's filing of multiple real-estate-related cases in a short period of time, all of which were dismissed because the Court found them frivolous.  Id. at 6.

Mr. Wallace's current complaint is comprised of five pages containing approximately one hundred handwritten sentences, each of which states: "Charge: trespass," followed by a street address.  Most of the addresses are in the Bay Area.  The complaint identifies no parties against which the alleged claims are brought, and no facts to support those claims.  The filing states no claim on which relief can be granted.

Based on the foregoing, the Court is unable to conclude that Wallace's claims are not frivolous or made in bad faith.  See, e.g., Blye v. Kozinski, 466 F. App'x 650, 652 (9th Cir. 2012) cert. denied, 132 S. Ct. 1975, 182 L. Ed. 2d 834 (U.S. 2012) reh'g denied, 132 S. Ct. 2794, 183 L.

/ / /

/ / /

1  Ed. 2d 659 (U.S. 2012).  Accordingly, the Court DENIES Wallace leave to file his complaint.

2  **IT IS SO ORDERED.**

3  Dated:  September 26, 2014

_____
JON S. TIGAR
United States District Judge